UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
IN RE TERRORIST ATTACKS ON SEPTEMBER 11, 2001 :
:
: 03 MDL 1570 (GBD) (SN)
:
------------------------------------------------------------------x

This Document Relates to:

<u>Adler, et al. v. Republic of Sudan</u>, 1:23-cv-07164 (GBD)(SN)
<u>DiNardo, et al. v. Republic of Sudan</u>, 1:23-cv-07328 (GBD)(SN)
<u>Perry, et al. v. Republic of Sudan</u>, 1:23-cv-07391 (GBD)(SN)

<u>**AFFIDAVIT OF SERVICE** – Complaint</u>

# EXHIBIT A

Screenshot from DHL's "Create a Shipment" website

https://mydhl.express.dhl/us/en/shipment.html#/#address-details

Create a Shipment | DHL Express Shipping Labels | MyDHL+

https://mydhl.express.dhl/us/en/shipment.html#/#address-details

June 17, 2024 – 10:16 a.m. EST