UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
IN RE TERRORIST ATTACKS ON SEPTEMBER 11, 2001 :
:
: 03 MDL 1570 (GBD) (SN)
:
------------------------------------------------------------------x

**This Document Relates to:**

<u>Adler, et al. v. Republic of Sudan</u>, 1:23-cv-07164 (GBD)(SN)
<u>DiNardo, et al. v. Republic of Sudan</u>, 1:23-cv-07328 (GBD)(SN)
<u>Perry, et al. v. Republic of Sudan</u>, 1:23-cv-07391 (GBD)(SN)

<u>**AFFIDAVIT OF SERVICE – Complaint**</u>

# EXHIBIT D-3

Printout from UPS that states:

"UPS does not ship to countries that are sanctioned by the United States government,

including… *Sudan*…"

People also ask

What countries is UPS suspended in?

UPS has suspended substantially all operations in **Ukraine, Belarus, and Russia**.


ups.com
https://www.ups.com › service-alerts
**Service Alerts | UPS - United States**

Search for: What countries is UPS suspended in?

What countries will UPS not ship to?

What countries does UPS not ship to? UPS does not ship to countries that are sanctioned by the United States government, including **Cuba, Iran, North Korea, Sudan, and Syria**. Additionally, UPS may have restrictions on shipping to certain countries due to political instability, war, or other factors.  Mar 4, 2024


Coolparcel.com
https://coolparcel.com › blog › what-countries-does-ups-...
**what countries does ups not ship to? - Find the answer here**

Search for: What countries will UPS not ship to?

Does UPS deliver to every country?

What are UPS restrictions?

Is UPS still in Russia?

Does UPS operate in China?

What countries can I not ship to?

What countries can I not send mail to?

How many countries does UPS work in?

Feedback


UPS
https://www.ups.com › CountryRegs
**Import and Export Regulations | UPS - United States**
Find **international** shipping **restrictions** and documentation required for **international** shipping, including import and export **regulations**.